**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10509 |
| Plaintiff-Appellee, | D.C. No. 4:09-cr-00167-JST |
| v. | |
| EDWARD LEE SULLIVAN, a.k.a. Three Stacks, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Jon S. Tigar, District Judge, Presiding

Submitted September 26, 2017[**]

Before:     SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Edward Lee Sullivan appeals from the district court's judgment and

challenges the 324-month sentence imposed upon remand for resentencing

following his bench-trial conviction for production of child pornography, in

violation of 18 U.S.C. § 2251(a); and possession of child pornography, in violation

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of 18 U.S.C. § 2252(a)(4).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sullivan contends that the district court erred by applying an obstruction of justice enhancement under U.S.S.G. § 3C1.1.  We review the district court's factual findings for clear error and its application of the Guidelines to the facts for abuse of discretion.  *See United States v. Gasca-Ruiz,* 852 F.3d 1167, 1170 (9th Cir. 2017) (en banc).  Contrary to Sullivan's contention, the district court made sufficient factual findings to support the enhancement, including a finding that Sullivan willfully gave false testimony on a material matter at trial.  *See United States v. Jimenez-Ortega,* 472 F.3d 1102, 1103 (9th Cir. 2007) (discussing the required elements for an obstruction of justice enhancement); *see also* U.S.S.G. § 3C1.1 cmt. n.4(F) (enhancement is proper when defendant provides "materially false information to a judge").

**AFFIRMED.**